UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                        §
                                              §
THOMAS, TONDALYA R.                           §      Case No. 14-06317
                                              §
         Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF THE U.S. BANKR. CT
     219 S. DEARBORN STREET
     7TH FLOOR
     CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 PM on 07/28/2015 in Courtroom 744,
     United States Courthouse
     219 South Dearborn
     Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2015     By: /s/ Andrew J. Maxwell
                  Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
THOMAS, TONDALYA R.                 §        Case No. 14-06317
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,888.00 |
| and approved disbursements of | $ | 30.96 |
| leaving a balance on hand of[1] | $ | 3,857.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 972.00 | $ 0.00 | $ 972.00 |
| Other: ADAMS LEVINE | $ 0.96 | $ 0.96 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 972.00 |
| Remaining Balance | $ | 2,885.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,079.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Genesis | $ 1,148.28 | $ 0.00 | $ 45.33 |
| 000002 | Rjm Acquisitions Llc | $ 77.98 | $ 0.00 | $ 3.08 |
| 000003 | Capital One Bank (USA), N.A. | $ 676.32 | $ 0.00 | $ 26.70 |
| 000004 | Premier Bankcard/Charter | $ 469.38 | $ 0.00 | $ 18.53 |
| 000005 | Navient Solutions, Inc. | $ 46,930.50 | $ 0.00 | $ 1,852.72 |
| 000006 | Fed Loan Serv | $ 22,790.15 | $ 0.00 | $ 899.71 |
| 000007 | MERRICK BANK | $ 742.23 | $ 0.00 | $ 29.30 |
| 000008 | American InfoSource LP as agent for | $ 244.98 | $ 0.00 | $ 9.67 |

Total to be paid to timely general unsecured creditors     $     2,885.04

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell  
                Trustee

*ANDREW J. MAXWELL, TRUSTEE*  
*105 W. Adams*  
*SUITE 3200*  
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 14-06317-ERW
Tondalya R. Thomas                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan              Page 1 of 2                  Date Rcvd: Jun 29, 2015
                              Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2015.
db           +Tondalya R. Thomas,    6816 S Merrill,    #1,   Chicago, IL 60649-1611
21571166     +Ad Astra Rec,    8918 W 21st St. N Suite 200,    Mailbox: 112,    Wichita, KS 67205-1880
22503885      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA 90051-5478
21571170     +Asset Managment,   401 Pilot Ct., Suite A,    Waukesha, WI 53188-2481
21881375     +Atlas Acquisitions LLC (Genesis Financial & Payme,    294 Union St.,
               Hackensack, NJ 07601-4303
21571171     +Bankfirst,   1509 W 41st St,    Sioux Falls, SD 57105-6370
21571175    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20363,
               Kansas City, MO 64195)
21571172     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21967020      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
21571174     +Chase-bp,   Po Box 15298,    Wilmington, DE 19850-5298
21571176     +Comenity Bank/Express,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
21571178     +Diversified Adjustments,    Dasi-Bankrupcty,    Po Box 32145,    Fridley, MN 55432-0145
21571180    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    MD 1-Com-64,
               Cincinnati, OH 45263)
21571182    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Mana,    1130 Northchase Parkway Suite 150,
               Marietta, GA 30067)
21571179     +Fed Loan Serv,   Po Box 69184,    Harrisburg, PA 17106-9184
21571181     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
21571183     +Frend Fin Co,   6340 Security Boulevard Ste,    Baltimore, MD 21207-5161
21571186     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
21571188     +Intgrtysoltn,   20 Corporate Hills Dr,    Saint Charles, MO 63301-3749
21571192     +Municollofam,   3348 Ridge Road,    Lansing, IL 60438-3112
22047381     +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
21571193    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541)
21571194     +Rjm Acq Llc,   575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
21937582     +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
21571195     +Rnb-fields3/Macy’s,   Macy’s Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21571197     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
21571198      Sprint,   P.O Box 660075,    Dallas, TX 75266-0075
21571200     +Triad Financial Corp/Santander,    Attn: Bankruptcy Department,    Po Box 105255,
               Atlanta, GA 30348-5255
21571202    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
21571203     +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
21571204     +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
21571205     +Verizon,   Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
               Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21571167     +E-mail/PDF: cbp@springleaf.com Jun 30 2015 01:13:57     American General Financial/Springleaf Fi,
               Springleaf Financial/Attn: Bankruptcy De,    Po Box 3251,    Evansville, IN 47731-3251
21571168     +Fax: 800-295-3568 Jun 30 2015 01:30:21      Ameriloans,    DBA Pinion North Management,
               3531 P St. NW,    Miami, FL 74354-1904
21571169     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 30 2015 01:16:20      Asset Acceptance,
               Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
21670332     +E-mail/Text: bnc@atlasacq.com Jun 30 2015 01:15:37      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
21571173     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 30 2015 01:15:32       CashNetUSA.com,
               200 W. Jackson Blvd.,    4th Floor,    Chicago, IL 60606-6949
21571177     +E-mail/Text: creditonebknotifications@resurgent.com Jun 30 2015 01:15:40       Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
21571184     +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2015 01:14:12       Gecrb/m Wards,   Po Box 965005,
               Orlando, FL 32896-5005
21571185     +E-mail/Text: bk@gafco.net Jun 30 2015 01:16:28      Great American Finance,    Attn: Bankruptcy,
               20 N Wacker Dr. Suite 2275,    Chicago, IL 60606-1294
21571187     +E-mail/Text: christy@brothersberg.com Jun 30 2015 01:17:03       Idealgelt,
               790 W. Sam Houston Pkwy,    Suite 202,    Houston, TX 77024-4546
21571189     +E-mail/Text: INFO@COLLECTIONBIZ.COM Jun 30 2015 01:17:54       Lou Harris Company,
               1040 S Milwaukee Ave Suite 110,    Wheeling, IL 60090-6375
22212752      E-mail/Text: bkr@cardworks.com Jun 30 2015 01:15:22      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
21571191     +E-mail/Text: bkr@cardworks.com Jun 30 2015 01:15:22      Merrick Bk,    Attn: Bankruptcy,
               P.O. Box 9201,    Old Bethpage, NY 11804-9001
```

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Jun 29, 2015
                              Form ID: pdf006            Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22044255       +E-mail/Text: csidl@sbcglobal.net Jun 30 2015 01:17:13      Premier Bankcard/Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
21571196       +E-mail/PDF: pa_dc_claims@navient.com Jun 30 2015 01:13:47      Sallie Mae,
                Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
21571201       +Fax: 800-291-1428 Jun 30 2015 01:20:21      United Cash Loans,   3531 P. St,   PO Box 111,
                Miami, OK 74355-0111
                                                                                             TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21571190         Magnum Cash Advance,   18 Fort St. PO Box 314,   Grand Cayman KY1-1104
21571199       ##+The Bureaus Inc.,   Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
                                                                                           TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2015 at the address(es) listed below:
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Joseph R Doyle    on behalf of Debtor Tondalya R. Thomas joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```