# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
THOMAS, TONDALYA R.  §  Case No. 14-06317
§
Debtor(s)  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 4,275.00                Assets Exempt: 5,492.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,885.04     Claims Discharged
                                                Without Payment: 157,433.78

Total Expenses of Administration: 1,002.96

---

3) Total gross receipts of $ 3,888.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 3,888.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,333.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,002.96 | 1,002.96 | 1,002.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 87,239.00 | 73,079.82 | 73,079.82 | 2,885.04 |
| **TOTAL DISBURSEMENTS** | $ 102,572.00 | $ 74,082.78 | $ 74,082.78 | $ 3,888.00 |

4) This case was originally filed under chapter 7 on 02/25/2014 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2015        By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 3,888.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,888.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frend Fin Co 6340 Security Boulevard Ste Baltimore, MD 21207 | | 15,333.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 15,333.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 972.00 | 972.00 | 972.00 |
| ADAMS LEVINE | 2300-000 | NA | 0.96 | 0.96 | 0.96 |
| ASSOCIATED BANK | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,002.96 | $ 1,002.96 | $ 1,002.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ad Astra Rec 8918 W 21st St. N Suite 200 Mailbox: 112 Wichita, KS 67205 | | 668.00 | NA | NA | 0.00 |
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Ameriloans DBA Pinion North Management 3531 P St. NW Miami, OK 74355 | | 800.00 | NA | NA | 0.00 |
| | Asset Acceptance Attn: Bankrupcy Dept Po Box 2036 Warren, MI 48090 | | 1,012.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Managment 401 Pilot Ct., Suite A Waukesha, WI 53188 | | 295.00 | NA | NA | 0.00 |
| | Bankfirst 1509 W 41st St Sioux Falls, SD 57105 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 645.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 376.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | CashNetUSA.com 200 W. Jackson Blvd. 4th Floor Chicago, IL 60606 | | 800.00 | NA | NA | 0.00 |
| | Chase-bp Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi CitiCard Credit Services/Centralized Ban Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Express Attn: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Diversified Adjustments Dasi-Bankrupcty Po Box 32145 Fridley, MN 55432 | | 238.00 | NA | NA | 0.00 |
| | Diversified Adjustments Dasi-Bankrupcty Po Box 32145 Fridley, MN 55432 | | 85.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 6,540.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 6,512.00 | NA | NA | 0.00 |
| | Fifth Third Bank 38 Fountain Square Plaza MD 1-Com-64 Cincinnati, OH 45263 | | 700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | 469.00 | NA | NA | 0.00 |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | 0.00 | NA | NA | 0.00 |
| | Focus Receivables Mana 1130 Northchase Parkway Suite 150 Marietta, GA 30067 | | 245.00 | NA | NA | 0.00 |
| | Gecrb/m Wards Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Great American Finance Attn: Bankruptcy 20 N Wacker Dr. Suite 2275 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Idealgelt 790 W. Sam Houston Pkwy Suite 202 Houston, TX 77024 | | 400.00 | NA | NA | 0.00 |
| | Intgrtysoltn 20 Corporate Hills Dr Saint Charles, MO 63301 | | 318.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lou Harris Company 1040 S Milwaukee Ave Suite 110 Wheeling, IL 60090 | | 809.00 | NA | NA | 0.00 |
| | Magnum Cash Advance 18 Fort St. PO Box 314 Grand Cayman KY1-1104 | | 1,422.00 | NA | NA | 0.00 |
| | Merrick Bk Attn: Bankruptcy P.O. Box 9201 Old Bethpage, NY 11804 | | 1,033.00 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 250.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 1,031.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 1,006.00 | NA | NA | 0.00 |
| | Rjm Acq Llc 575 Underhill Blvd. Suite 224 Syosset, NY 11791 | | 77.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 33,674.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 10,555.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 1,977.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | 12,833.00 | NA | NA | 0.00 |
| | Sprint P.O Box 660075 Dallas, TX 75266-0075 | | 400.00 | NA | NA | 0.00 |
| | The Bureaus Inc. Attention: Bankruptcy Dept. 1717 Central St. Evanston, IL 60201 | | 822.00 | NA | NA | 0.00 |
| | Triad Financial Corp/Santander Attn: Bankruptcy Department Po Box 105255 Atlanta, GA 30348 | | 0.00 | NA | NA | 0.00 |
| | United Cash Loans 3531 P. St PO Box 111 Miami, OK 74355 | | 800.00 | NA | NA | 0.00 |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Ed/glelsi Po Box 7860 Madison, WI 53707 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | 0.00 | NA | NA | 0.00 |
| | Verizon Verizon Wireless Department/Attn: Bankru Po Box 3397 Bloomington, IL 61702 | | 447.00 | NA | NA | 0.00 |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 244.98 | 244.98 | 9.67 |
| 000001 | ATLAS ACQUISITIONS LLC (GENESIS FIN | 7100-000 | NA | 1,148.28 | 1,148.28 | 45.33 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 676.32 | 676.32 | 26.70 |
| 000006 | FED LOAN SERV | 7100-000 | NA | 22,790.15 | 22,790.15 | 899.71 |
| 000007 | MERRICK BANK | 7100-000 | NA | 742.23 | 742.23 | 29.30 |
| 000005 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 46,930.50 | 46,930.50 | 1,852.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PREMIER BANKCARD/CHARTER | 7100-000 | NA | 469.38 | 469.38 | 18.53 |
| 000002 | RJM ACQUISITIONS LLC | 7100-000 | NA | 77.98 | 77.98 | 3.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 87,239.00 | $ 73,079.82 | $ 73,079.82 | $ 2,885.04 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-06317 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THOMAS, TONDALYA R. | | | Date Filed (f) or Converted (c): | 02/25/14 (f) |
| | | | | 341(a) Meeting Date: | 04/02/14 |
| For Period Ending: | 09/23/15 | | | Claims Bar Date: | 10/20/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Bank of America | 877.00 | 0.00 | | 0.00 | FA |
| 2. Security deposit of $875 held with landlord, Arrie | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,290.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous books, tapes, CD's, etc. | 150.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 550.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous costume jewelry | 225.00 | 0.00 | | 0.00 | FA |
| 7. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension through employer | Unknown | 0.00 | | 0.00 | FA |
| 9. 2006 Toyota Rav 4 84,500 miles | 6,675.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUND (u) | Unknown | 3,888.00 | | 3,888.00 | FA |
| 2013 tax refund - Debtor has been making payments, Trustee filed a MTD the case next up June 2; Debtor paid the balance of the tax refund the day of the last court date for the MTD, May 19, 2015 | | | | | |
| TOTALS (Excluding Unknown Values) | $9,767.00 | $3,888.00 | | $3,888.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

D has been making payments to pay non-exempt part of 2013 income tax refund - balance finally paid on 5-19-15

part of 2013 tax refund is non-exempt
MTD FAILURE TO T.O. FUNDS, next up May 19, 2015, cont. to June 2, 2015
SOME FUNDS RECEIVED; AWAITING FINAL PAYMENT

LFORM1  Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-06317    ERW    Judge: EUGENE R. WEDOFF | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THOMAS, TONDALYA R. | Date Filed (f) or Converted (c):    02/25/14 (f) |
| | | 341(a) Meeting Date:    04/02/14 |
| | | Claims Bar Date:    10/20/14 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-06317 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | THOMAS, TONDALYA R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8710 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2953 | | |
| For Period Ending: | 09/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/14 | 10 | TONDALYA THOMAS<br>6816 S MERRILL<br>CHICAGO IL 60649 | M.O. FOR MONTHLY PAYMENTS | 1224-000 | 800.00 | | 800.00 |
| 12/24/14 | 10 | TONDALYA THOMAS | MONTHLY PAYMENT | 1224-000 | 200.00 | | 1,000.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 990.00 |
| 03/06/15 | 10 | TONDALAYA THOMAS | 3 MONEY ORDERS | 1224-000 | 2,000.00 | | 2,990.00 |
| 03/20/15 | 010001 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 0.96 | 2,989.04 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,979.04 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,969.04 |
| 05/19/15 | 10 | TONDALYA THOMAS | FINAL PAYMENT | 1224-000 | 888.00 | | 3,857.04 |
| 07/29/15 | 010002 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation | 2100-000 | | 972.00 | 2,885.04 |
| 07/29/15 | 010003 | Atlas Acquisitions LLC (Genesis<br>Financial & Payme<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 1, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 45.33 | 2,839.71 |
| 07/29/15 | 010004 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Claim 2, Final Payment<br>Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | 7100-000 | | 3.08 | 2,836.63 |
| 07/29/15 | 010005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083 | Claim 3, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 26.70 | 2,809.93 |

Page Subtotals 3,888.00 1,078.07

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-06317 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | THOMAS, TONDALYA R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8710  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2953 | | | |
| For Period Ending: | 09/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlotte, NC 28272-1083 | | | | | |
| 07/29/15 | 010006 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696 | Claim 4, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 18.53 | 2,791.40 |
| 07/29/15 | 010007 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim 5, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 1,852.72 | 938.68 |
| 07/29/15 | 010008 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106 | Claim 6, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 899.71 | 38.97 |
| 07/29/15 | 010009 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 7, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 29.30 | 9.67 |
| 07/29/15 | 010010 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Claim 8, Final Payment<br>c/o 7/28/2015 | 7100-000 | | 9.67 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 3,888.00 | 3,888.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 3,888.00 | 3,888.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 3,888.00 | 3,888.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8710 | 3,888.00 | 3,888.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 3,888.00 | 3,888.00 | 0.00 |
| | ============ | ============ | ============ |

Page Subtotals       0.00       2,809.93

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-06317 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | THOMAS, TONDALYA R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8710  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2953 | | | |
| For Period Ending: | 09/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*